**McCARTHY & HOLTHUS, LLP**
Terry Loftus, Esq. SBN 86355
JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
1770 Fourth Avenue
San Diego, CA 92101
Telephone:    (877) 369-6122
Facsimile:    (619) 685-4810

Attorneys for Defendants,
Nationstar Mortgage, LLC

**FILED & ENTERED**

**NOV 07 2013**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Mario Cobos,<br><br>                    Debtor.<br>_____<br>Mario Cobos,<br><br>                    Plaintiff,<br><br>        v.<br><br>Nationstar Mortgage, LLC<br><br>                    Defendants. | Adversary Case No. 2:13-ap-01745-VZ<br>Case No. 2:12-bk-35084-VZ<br><br>**ORDER GRANTING STIPULATION TO RESOLVE COMPLAINT TO DETERMINE THE VALUE OF SECURITY AND CREDITOR'S ALLOWED SECURED CLAIM**<br><br>Date: 4/10/2014<br>Time: 11:00 AM<br>Ctrn: 1368<br><br>*Judge: Honorable Vincent P Zurzolo* |

1  This is an order approving the stipulation of the parties as set forth in the
2  Stipulation, filed on 10/29/2013 as document #12, and are bound by the terms of
3  their stipulation which shall be the Order of this Court.

###

Date: November 7, 2013

_____
Vincent P. Zurzolo
United States Bankruptcy Judge

M&H File No. CA-12-79660

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Approving Stipulation** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (date) 11/4/2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

UNITED STATES TRUSTEE  
ustpregion16.la.ecf@usdoj.gov

TRUSTEE  
Nancy K Curry  
ecfnc@trustee13.com

COUNSEL FOR PLAINTIFF  
Thomas B Ure  
tbuesq@aol.com

**COUNSEL FOR MOVANT**  
McCarthy & Holthus, LLP  
bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

PLAINTIFF -  
Mario Cobos, 14643 California St, Baldwin Park, CA 91706

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9021-1.1.NOTICE.ENTERED.ORDER**